SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>     Plaintiff;<br><br>   vs.<br><br>Derek Daniels, et al,<br><br>     Defendants. | Case No. **2:12-cv-01106-MCE-EFB**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

In accordance with the parties' stipulation, and good cause appearing therefor, the above-entitled action be and is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A). Each side shall bear its own costs and/or attorney's fees. The matter having been resolved in its entirety, the Clerk of Court is ordered to close the file.

    IT IS SO ORDERED.

Date: March 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE