1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL scottnjohnson@dapiinc.com

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11  Scott N. Johnson                 ) Case No.**2:12-cv-01106-MCE-EFB**
                                     )
12           Plaintiff;             ) ***ORDER RE: STIPULATION FOR***
                                     ) ***DISMISSAL***
                                     )
13       vs.                         )
                                     )
14  Derek Daniels, et al,           )
                                     )
15           Defendants.            )
                                     )
16  _____)

17        In accordance with the parties' stipulation, and good

18  cause appearing therefor, the above-entitled action be and

19  is hereby dismissed, with prejudice, pursuant to Fed. R.

20  Civ. P. Rule 41(a)(1)(A).   Each side shall bear its own

21  costs and/or attorney's fees.   The matter having been

22  resolved in its entirety, the Clerk of Court is ordered to

23  close the file.

24        IT IS SO ORDERED.

25   Date:  March 12, 2013

26

27  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
28  UNITED STATES DISTRICT JUDGE

          [PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

              CIV: S-12-01106-MCE-EFB- 1